UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                )
                                      )
   PETER M. DALTON                 )          Chapter 13
                                      )
             Debtor.              )          Case No. 10-16906-JNF

OBJECTION TO CONFIRMATION OF PLAN

NOW COMES BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ("BAC Home"), by and through its undersigned counsel, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (Court Doc. No. 2). In support of its objection, BAC Home states as follows:

1.    On or about May 13, 2009 Peter M. Dalton (the "Debtor") and Irene Dalton (the "Co-Obligor") granted to Mortgage Electronic Registration Systems, Inc. as nominee for Bank of America, N.A. a mortgage on the real property located at 37 Aspen Road, Swampscott, Massachusetts 01907, as recorded with the Essex County (Southern District) Registry of Deeds at Book 28594, Page 450 (the "Mortgage"). The Mortgage secures a note given by the Debtor and Co-Obligor to Bank of America, N.A. in the amount of $417,582.00 (the "Note") on that same date. Reference is made to the assignment of the Mortgage to BAC Home.

2.    On June 25, 2010, the Debtor filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the District of Massachusetts. On June 25, 2010, the Debtor filed his Chapter 13 Plan (Court Doc. No. 2) (the "Plan"). The Plan has not been confirmed. The initial meeting of creditors was scheduled for August 11, 2010.

3.    The Plan does not indicate its treatment of the secured claim under the Mortgage and Note. The Plan therefore fails to comply with 11 U.S.C. §§ 1322 and 1325, insomuch that it inadequately provides for the Mortgage/Note in Section II.

WHEREFORE, BAC Home requests that this Court:

A. Deny confirmation of the Plan; and

B. Order such and other relief as the Court may deem just.

                    Respectfully submitted,

                    BAC Home Loans Servicing, LP f/k/a
                    Countrywide Home Loans Servicing, LP

                    By its attorneys,

                    ABLITT SCOFIELD, P.C.

Dated: September 10, 2010          <u>/s/ Megan O'Keefe Manzo</u>
                                              Megan O'Keefe Manzo
                                              BBO# 652522
                                              304 Cambridge Road
                                              Woburn, Massachusetts 01801
                                              781-246-8995 ext. 285
                                              mmanzo@acdlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have caused to be this day served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN filed with the Court this day, by mailing a copy first-class, postage prepaid, or by serving a copy electronically via CM/ECF.

DATE: September 10, 2010                        /s/ Megan O'Keefe Manzo
                                                      Megan O'Keefe Manzo

By CM/ECF:

- Carolyn Bankowski, Chapter 13 Trustee    13trustee@ch13boston.com
- Richard M. Canzano on behalf of the Debtor    rmcanzano@aol.com
- John Fitzgerald, Assistant U.S. Trustee    USTPRegion01.BO.ECF@USDOJ.GOV

By First Class Mail:

    Peter M. Dalton
    37 Aspen Rd.
    Swampscott, MA 01907